**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LISA MONTISANO,

    Plaintiff,

v.                            Case No. 6:22-cv-1850-WWB-DAB

GEICO CASUALTY INSURANCE
COMPANY and GEICO GENERAL
INSURANCE COMPANY,

    Defendants.
_____

## ORDER

The Court has been advised by Defendants' Notice of Acceptance of Proposal for Settlement that the above-styled action has been completely settled. (Doc. 8 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on October 25, 2022.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record